Arlene Saloff, an Infant, by May Saloff, Her Guardian ad Litem, Respond-

---

ent, v. BUFFALO ERIE RAILWAY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.